## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF INDIANA
## SOUTH BEND DIVISION

| | | |
|---|---|---|
| DWYER INSTRUMENTS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | Case No.: 3:09-cv-00010-TLS-CAN |
| | ) | |
| v. | ) | Hon. Judge Theresa Springmann |
| | ) | |
| SENSOCON, INC. and | ) | Magistrate Judge Nuechterlein |
| TONY E. KOHL, | ) | |
| | ) | |
| Defendants. | ) | |

### DECLARATION OF JAMES T. BERGER

I, James T. Berger, declare and state as follows:

1.      On July 14, 2010, I provided my "Report of James T. Berger" ("report") to Dwyer Instruments, Inc. ("Dwyer"). In my report, I summarized my findings of an Internet survey I developed and had a third-party conduct to determine whether a relevant sample of consumers who purchase differential pressure gauge products or who intend to purchase differential pressure gauge products are able to identify and differentiate whether assorted differential pressure gauge products emanate from the same or different sources.

2.      On July 23, 2010, I provided my "Amended Report of James T. Berger" ("amended report") to Dwyer. My amended report simply provided new Exhibits C and D and a summary of Exhibit D. Exhibits C and D are a compact disc containing the data used to prepare my report and a letter from Suburban Marketing Research indicating they completed their validation of my study on differential pressure gauges, respectively. Section VII of my amended report, entitled "Validation," summarizes the validation completed by Suburban Marketing Research and detailed in Exhibit D.



EXHIBIT
1

3.      Copies of my amendment report and Exhibits A, B, and D are attached hereto. In addition, a copy of Exhibit C, which is a disc containing all data from the surveys detailed in my amended report, is being filed manually with this Court.

4.      In developing the surveys detailed in my amended report, I provided the respondents with the opportunity to select "Don't Know." For each of the questions in Surveys B1 and B2, at least 50% of the respondents answered "Don't Know," indicating that respondents were comfortable answering "Don't Know" if they did not know the answer to the question.

5.      In developing the surveys detailed in my amended report, I also implemented controls, such as, presenting additional images of non-Dwyer and non-Sensocon differential pressure gauges, asking a variety of differently-worded questions, varying the order of presentment of the images throughout the surveys, and utilizing the first 50 interviews from each survey as a pilot study to determine if the results were valid and reliable.

6.      Participants in the surveys summarized in my amended report did not know the purpose of the survey, nor did they know the sponsor of the survey. Although I developed and designed the survey, a random sample of adults was developed by e-Rewards, Inc. and the survey was administered by Precision Research, Inc. Neither e-Rewards, Inc., nor Precision Research, Inc. knew the purpose or sponsor of the survey. The survey was therefore a double-blind survey.

7.      In my amended report, I summarize the survey results by tabulating the number of respondents that singled out only the Dwyer and Sensocon gauges. (Dwyer Ex. T pp. 10-11). In particular, in Survey B1, between 22% and 32% of the respondents singled out only the Dwyer and Sensocon gauges for each of the questions and, in Survey B2, between 17% and 23% of the respondents singled out only the Dwyer and Sensocon gauges for each of the questions. (*Id.* at

pp. 10-11).  The full set of survey results for Surveys B1 and B2 includes two large spreadsheets with a tremendous amount of data.  Beyond the data included in my report, for Survey B1, there was no combination of responses that was selected by more than 5% of the respondents for any of the questions.  Additionally, for one question in Survey B2, one combination of responses was selected by about 10% of the respondents, but no other question had a response rate for any combination of responses that was selected by more than 5% of the respondents.

8.      I have been developing surveys such as the one developed for Dwyer and testifying as an expert in intellectual property surveys with respect to brands and trademarks for over 10 years.   Validating about 10-15% of the respondents in an Internet survey is commonplace and is accepted as providing a proper validation.  The main reason to validate a survey is to verify the participants actually took the survey.   When conducting an Internet survey, there really is no need to verify the participant actually took the survey because someone had to be sitting at the computer entering answers to the survey questions.  It is therefore questionable in the industry whether validation is necessary for an Internet survey.

9.      If called upon to testify, I could and would competently testify from my own knowledge, information, and belief as to the procedures, data, and results contained in my report and amended report.

10.     In accordance with 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed at 1604 Chicago Avenue #4, Evanston, IL 60201 on May 19, 2011,

James T. Berger

# Amended
# Report of James T. Berger

## Dwyer Instruments, Inc. v.
## Sensocon, Inc. and Tony E. Kohl



# Amended
# Report of James T. Berger

## Dwyer Instruments, Inc. v.
## Sensocon, Inc. and Tony E. Kohl

### I.   INTRODUCTION

1.    This report is an amended version of my July 14, 2010 report on an
Internet research study I conducted to determine whether a relevant
sample of consumers who purchase differential pressure gauge products
or who intend to purchase differential pressure gauge products are able to
identify and differentiate whether assorted differential pressure gauge
products emanate from the same or different sources.  This report
includes the research hypothesis, research design, official survey
protocols, officially tabulated results of the survey, a validation report, my
interpretation and my opinions.   This amended report contains an
updated validation summary.  In the validating process of this Internet
study, the company doing the validation found a small number of
participants who took the study but were improperly screened.  Those 11
persons were eliminated from the study and replaced.  Because of this,
the study was re-tabulated and the results of the new tabulation are
reported in this amended report.

There is a new **EXHIBIT C** and a new **EXHIBIT D** in this amended version.

II.   **PERSONAL BACKGROUND**

2.   <u>Present Activities</u>. I have been a faculty member at Roosevelt University since 2001 and a faculty member at Northwestern University from 1986 through 2005. I am also Principal of James T. Berger/Market Strategies, a strategic marketing communications and consulting firm. At Northwestern University, I taught courses in Principles of Marketing, Integrated Marketing Communications, Strategic Marketing, and Introduction to Public Relations. At Roosevelt University's Walter E. Heller College of Business Administration, I currently teach courses in Advertising, Consumer Behavior, Personal Selling and Sales Management, Global Marketing, Marketing Management, and Marketing in Theory and Practice. I have previously taught marketing related courses at Northwestern University's Kellogg Graduate School of Management, DePaul University's College of Commerce, The Lake Forest Graduate School of Management, and the University of Illinois at Chicago. I have authored many articles dealing with marketing and other business related issues. A copy of my curriculum vitae, summary of my teaching experience, publications list, billing rate and testimony experience, are attached to this report as **EXHIBIT A.**

3.   <u>Education.</u> I received a Master's Degree in Business Administration in 1978 from the University of Chicago Graduate School of Business, with

concentrations in marketing and finance. I also received a Master of Science Degree in Journalism from Northwestern University's Medill School of Journalism in 1965, with concentrations in the news and editorial sequence, and a Bachelor of Arts Degree with a major in journalism from the University of Michigan in 1964.

4.      *Prior Experience*. I have previously worked as an Account Supervisor for two Downtown Chicago advertising agencies, as Vice President and Director of Public Relations for another Chicago advertising agency and as Account Supervisor for two major Chicago public relations agencies. I have had my own marketing communications consulting practice for more than 20 years and have been involved in marketing consulting and survey work for law firms for nearly 10 years.

5.      *Market Research/Trademark Experience*. I have extensive market research experience, including quantitative and qualitative survey research, and have performed both in-person, telephone and Internet-based interviewing in various industries with respect to brands and trademarks. I have also designed and coordinated market research programs, including drafting questionnaires, performing and supervising personal interviews, organizing focus groups, tabulating and evaluating data, and preparing research reports. In addition, I was a presenter at a session in March 2003, before the Minnesota State Bar Association entitled "The Effective Use of Survey Experts and Evidence in Trademark Cases." Furthermore, I have authored eight articles on intellectual

property trademark/secondary meaning surveys for *INTELLECTUAL PROPERTY TODAY* Magazine: (1) *"10 Frequently Asked Questions About Intellectual Property Surveys,"* which appeared in the August 2003, issue; (2) *"Swimming in Shark-Infested Waters,"* which appeared in the June 2004, issue; (3) *"Creativity Key to Executing Toughest IP Survey Projects,"* which appeared in the July 2005 issue; (4) *"What IP Attorneys Should Know About Expectations and Costs for Survey Research,"* which appeared in the April 2006, issue; (5) *"10 Easy Ways to Blow Away A Survey,"* which appeared in the January 2007, issue and, (6) *The Power and Perils of Internet Surveys* in the August 2007 issue; (7) *How to Do an IP Survey Without Giving Away the Store,* in the April 2008 issue; (8) *New Challenges to the IP Survey Process,* in the July 2009 issue, and (9) *Introducing the Internet/Telephone "Hybrid" Survey,* in the July 2010 issue. I also do extensive freelance writing for magazines and other publications on a variety of business-related topics including marketing, marketing communications and trademarks.   Early in my career, I worked as Account Executive and later Account Supervisor at The Public Relations Board, Inc. Chicago.  In this capacity, I developed a number of surveys and was responsible for compiling the MUSIC U.S.A. annual statistical data of the music industry and music participation in the United States.

6.      Trademark Testifying Experience.  I have testified as an expert in strategic marketing, marketing communications and intellectual property surveys with respect to brands and trademarks.  Over the last 10 years, I was

retained as an expert in four dozen or more lawsuits. In many of those lawsuits, the issue was some form of trademark/trade dress infringement. In addition, I was retained as an expert in cases involving efforts to prove or disprove whether or not names were perceived to be generic. In many of those lawsuits I have given deposition testimony. I also have given courtroom testimony on several occasions.

## III.   RETENTION

7.   I was retained in this matter by Barnes & Thornburg *LLP*, in its capacity as counsel for the plaintiff. In addition to the findings of my survey, I relied on the following documents:

- **FIRST AMENDED COMPLAINT and Exhibits dated 1/12/10.**
- **DEFENDANTS' ANSWER AND AFFIRMATIVE DEFENSES AND COUNTERCLAIMS TO PLAINTIFF'S FIRST AMENDED COMPLAINT 1/25/10.**
- **PHYSICAL DIFFERENTIAL PRESSURE GAUGES FROM WHICH IMAGES WERE PRODUCED.**

## IV. HYPOTHESIS AND RATIONALE

8.   **Hypothesis and rationale.** The hypothesis and rationale that I attempted to test in the market research is as follows: When presented with an array of images of the faces of differential pressure gauge products, those who purchase such products will express a likelihood of confusion between the plaintiff's and defendant's products. Significant percentages of members of the relevant target market will believe the plaintiff's and

defendant's products were put out by the same company, were associated, affiliated, sponsored and/or owned by the companies who put out products of either or both plaintiff or defendant.

## V.   RESEARCH DESIGN

10.   In the present matter, counsel for the plaintiff asked me to design and implement an Internet survey directed to: adults, age 18 and over, who have (1) purchased a differential pressure gauge product within the last three years or (2) who intend to purchase in the next 12 months a differential pressure gauge product. There were two cells to the survey (See **EXHIBIT B**). The first cell — Survey B1 — used the image of the Sensocon (Model #S2000-00), which was the original differential pressure gauge product that had a similar horizontal line look found in the Dwyer product. The second cell — Survey B2 — was identical to Survey B1 with the exception of Sensocon Model # S2000-0D, which substituted a diamond-shaped design for the horizontal lines present in Model # S2000-00. These horizontal lines are part of the registered trade dress of the Dwyer product. The survey was administered to a random sample of adults developed by e-Rewards, Inc., the consumer panel vendor retained by Precision Research, Inc., Des Plaines, IL. There was neither gender nor geographic quotas for the study. Men and women living throughout the United States had an equal chance of being selected. Precision Research, Inc. was the general contractor for this study. The panel used was provided by Dallas-based e-Rewards, Inc.

11. The research began with a meeting, at Precision Research, Inc., where James T. Berger, the survey expert, read and explained survey protocols to Ms. Lori Tomoleoni, Precision Research project manager.  Precision then contracted with e-Rewards to develop the Internet survey protocols. A PDF version of the action survey is located at **EXHIBIT B.**  The first 50 interviews from each cell constituted a pilot study and once it was clear the survey produced valid and reliable results, the results of the pilot survey were then included in the actual survey. In total, there were 202 participants in Survey B1 and there were 207 participants in Survey B2.  In the screening portion of the survey, in order to qualify the respondent had:

- To be 18 years old or over.
- Had to have purchased a differential pressure gauge product within the last three years.
- OR, intended to purchase a differential pressure gauge product in the next 12 months.
- Did not — nor had anybody in the household — work for a marketing research firm, an advertising agency, or any industrial distributor, wholesaler or retailer that sells differential pressure gauge products.
- Was wearing eyeglasses if such devices were needed for normal viewing.

They were then presented with a five-product array that included the names of the products and were further identified

by Letters A, B, C, D, and E. Throughout the survey the order

of the products were varied.

The products were:

**A. WIKA**

**B. AIRFLOW**

**C. ASHCROFT**

**D. MAGNEHELIC (Dwyer)**

**E. SENSOCON**

There were four key questions in the survey:

> **Which, if any, of these products do you believe are put out by the same company?  Please mark the letters below.  If you don't know, feel free to mark "don't know."**

> **Which, if any, of these products do you believe are produced by companies that are associated with one another?  Please mark the letters below.  If you don't know, feel free to mark "don't know."**

> **Which, if any, of these products do you believe are produced by companies that are affiliated with one another?  Please mark the letters below.  If you don't know, feel free to mark "don't know."**

> **Which, if any, of these products do you believe are produced by companies that are sponsored by one another?  Please mark the letters below.  If you don't know, feel free to mark "don't know."**

> **Which, if any, of these products do you believe are produced by companies that are owned by one another?  Please mark the letters below.  If you don't know, feel free to mark "don't know."**

Amended Report of James T. Berger          Page 9                    July 23, 2010

## VI.   SURVEY RESULTS

12.     In assessing the results of the survey (see **Exhibit C**), the important observation is the relationship between the D product (Dwyer Magnehelic) and the E product (Sensocon).  Both the Dwyer (Magnehelic) product and the Sensocon products possess a similar non-functional design  element at the bottom of the lens.  In Survey B1 the original first generation Sensocon product was tested while in Survey B2 the third generation Sensocon product with the diamond design was used instead of the horizontal lines.

Following are the results of the survey with respect to respondents who singled out D and E in their responses.  NOTE:  Only surveys that singled out D and E alone are included in this analysis:

### SURVEY B 1 (numbers and percentage of those citing D and E)
#### N=202

**Put Out by:  50 respondents ------------- 25%**

**Associated: 65 respondents ------------- 32%**

**Affiliated: 63 respondents   ------------- 31%**

**Sponsored by: 44 respondents -------- 22%**

**Owned by:  56 respondents    ----------- 28%**

**SURVEY B 2** (numbers and percentage of those citing D and E)
*N=207*

Put Out by: 40  respondents  -------------- 19%

Associated: 48 respondents    ----------- 23%

Affiliated:    41 respondents  ----------- 20%

Sponsored by: 36 respondents  --------- 17%

Owned by: 39 respondents --------------- 19%

VII.    **VALIDATION**

13.    In scientific surveys such as this one, to insure that people who said they

participated in the survey actually participated, an independent research

company was retained to validate the survey.  The validation process includes

taking a representative sample of those who completed the interview, re-

contacting them and verifying their participation.  In this survey, Suburban Market

Research, Inc., of Paramus, N.J., was given those surveys where respondents

provided their names and phone numbers.  They made one attempt to contact all

128 participants who provided names and phone numbers.  Suburban Marketing

Research reported that 51 respondents verified they had completed the survey.

Eleven respondents reported that had not purchased a differential pressure

gauge product and did not expect to.  These 11 interviews were deleted from the

survey and replaced.  The validation report can be found in **EXHIBIT D.**  In his

report, William C. Bartlett, president of Suburban Marketing Research verified,

"We are satisfied the survey was administered correctly."

Amended Report of James T. Berger          Page 11                      July 23, 2010

07/20/2010  21:06     8473289637                     JAMESBERGER                              PAGE   02

## VIII.  CONCLUSIONS AND OPINIONS

14.  Survey B1 results evidenced a high likelihood of confusion between the
first  generation Sensocon product and the Magnehelic (Dwyer) product.
Both products possess nearly identical non-functional trade dress in the
form of horizontal lines at the bottom of the lens.  In Survey B2 with the
Sensocon non-functional trade dress in the form of diamonds instead of
horizontal lines, there was also evidenced a high degree of likelihood of
confusion albeit less than the levels evidenced in Survey B1.

In my opinion, based on the results of the survey, Sensocon is trading on the
trade dress of Dwyer's product (Magnehelic) and is causing a likelihood of
confusion in the marketplace.

James T. Berger                              date

Amended Report of James T. Berger          Page 12                    July 23, 2010

## EXHIBIT A

CURRICULUM VITAE

# James T. Berger
*IP Litigation Services & Surveys: Trademarks/Brands/Marketing;*
*Marketing Consultant; Free-Lance Writer; University Instructor*

1604 Chicago Avenue - Suite 4, Evanston, IL 60201
847-328-9633 Fax 847-328-9638
E-mail: jberger@jamesberger.net  WEB: www.jamesberger.net

## EDUCATION

| | |
|---|---|
| MBA | University of Chicago, Graduate School of Business, concentrations in marketing and finance. |
| MS | Northwestern University, Medill School of Journalism, concentration in news/editorial sequence. |
| BA | University of Michigan, College of Literature, Science and the Arts, major in journalism. |

## PROFESSIONAL EXPERIENCE

MARKET STRATEGIES, Chicago. Northbrook and Evanston, IL (1983 to present) Principal of this marketing services/consulting firm, which specializes in:
- Strategic marketing planning including creating written market plan documents.
- Implementing marketing programs.
- Integrated marketing communications services including advertising, public relations, sales promotion, direct mail.
- Project management including building and directing creative and production teams to execute marketing plans and specific tasks.
- Helping clients develop and maintain business relationships.

As a "hands-on" consultant, I help clients develop strategies and programs as well as assist in the implementation. The firm concentrates on business-to-business marketing with specific focus on financial services, accounting and consulting services, commercial real estate, eldercare, office technology, manufacturing and distribution. Concurrent with the management of Market Strategies, I became involved with::

THE INVESTOR RELATIONS COMPANY, Northbrook, IL (June 1998 to July 1999) As Senior Vice President, I was involved in the full array of Investor Relations activities including account management; working with the financial press including magazines, newsletter and wire services; direct contacts with analysts and brokers; and writing of financial news releases, quarterly and annual reports, profiles and fact sheets.

THE FINANCIAL RELATIONS BOARD, INC., Chicago, IL (April 1997 to June 1998) As an Account Manager for this large, national investor relations firm, I:
- Coordinated account service, market intelligence and media activities.
- Created investment profiles and fact sheets; developed and wrote annual reports, quarterly earnings releases and other news releases.

STERN WALTERS/EARLE LUDGIN, Inc., Chicago, IL (1980-83) Vice President -- Account Supervisor:
- Account manager for Associates Commercial Corporation account, a commercial finance company with advertising billings in excess of $7 million.
- Account manager for Sears, Roebuck & Co. Contract Sales Group division.
- Developed marketing strategies, planning and account management.

THE WITTLEDER COMPANY, Inc., Chicago, IL (1976-80) Vice President -- Account Supervisor:
- Created and implemented marketing strategies and programs.
- Clients involved in office products and services, data systems, micrographics, commercial real estate, automotive aftermarket and financial services.

BRAND ADVERTISING, Inc., Chicago, IL (1973-76) Vice President -- Director of Public Relations:
- Responsible for firm's public relations profit center.
- Programming, planning, client and media contact, writing and editing.
- Active in new business development.
- Clients involved in automotive aftermarket, industrial equipment, agriculture.

GOLIN/HARRIS COMMUNICATIONS, Inc., Chicago, IL (1971-73) Account Supervisor for this large public relations agency:
- Worked on McDonald's restaurants, agency's major account.
- Created national model awareness program for Chicagoland market.
- Managed McDonald's involvement in public affairs, ecology, energy conservation, labor relations and the inner city.
- Involved in financial relations and marketing-support activities.

## EARLY EXPERIENCE

Began career as copy, wire and make-up editor for CHICAGO DAILY NEWS. Moved into corporate public relations as editor of an employee publication for ILLINOIS BELL TELEPHONE COMPANY in Chicago and Springfield, IL. As a publicity specialist for MORTON INTERNATIONAL INC., I became involved in the consumer, industrial, institutional, automotive and agricultural markets. My first experience in agency public relations was with THE PUBLIC RELATIONS BOARD, INC., (now known as PORTER NOVELLI), first as an account executive and later as an account supervisor.

## PROFESSIONAL MEDIA EXPERIENCE

- Copy Editor for *Chicago Daily News*, Chicago, IL
- Editor and General Assignment Reporter for *The Patriot Ledger*, Quincy, MA
- Correspondent for *United Press International* in Ann Arbor, MI
- Part-time general assignment reporter for *Pioneer Press* newspapers, Wilmette and Highland Park, IL
- Free-lance columnist for *Homelife* section of *Chicago Sun Times*

## ARTICLES PUBLISHED

Intellectual property litigation-related articles:
— "10 Frequently Asked Questions about Intellectual Property Litigation Surveys" published in the August 2003 issue of *Intellectual Property Today*.
— "Swimming in Shark-Infested Waters," published in June 2004 issue of *Intellectual Property Today*.
— "Creativity Key to Executing Toughest IP Survey Projects," published in July 2005

issue of *Intellectual Property Today.*
— "What IP Attorneys Should Know About Expectations and Costs For Survey Research," published in April 2006 issue of *Intellectual Property Today.*
— "10 Easy Ways to Blow Away a Survey," published in the January 2007 issue of *Intellectual Property Today.*
— "The Power and Perils of the Internet Surveys," published in August 2007 issue of *Intellectual Property Today.*
— "How to do an IP Survey without Giving Away the Store," published in April 2008 issue of *Intellectual Property Today.*
— "New Challenges to the IP Survey Process," published in the July 2009 issue *of Intellectual Property Today.*
— "Introducing the Internet/Telephone "Hybrid" Survey," published in the July, 2010 issue of *Intellectual Property Today.*

Marketing communications-related articles published in:
- *Crain's Chicago Business*, a weekly business publication.
- *Services Marketing Today,* published by the American Marketing Association.
- *Talking To The Boss*, a weekly business publication.
- University of Chicago Graduate School of Business alumni magazine.
- *Your Business*, a quarterly magazine published for GE Capital by Baumer Financial Publishing, Chicago.
- *Independent Business*, a monthly magazine published by Group IV Communications, Thousand Oaks, CA.

## Business-related articles in published in:

- *Active Times*
- *Business Life*
- *Office Dealer*
- *Office System*
- *Chicago Sun-Times*
- *Dow Jones Business Employment Weekly*
- *Texas Realtor*
- *Multifamily Executive*
- *Office and Industrial Properties*
- *Real Estate Profiles*
- *Kiwanis Magazine*
- *The Rotarian*
- *Executive Decision*
- *Home Business Journal*
- *Business Sense*
- *Real Estate Chicago*
- *American Fitness*
- *Area Development*
- *Real Estate Chicago*
- *Grid*
- *Plants, Sites & Parks*
- *Journal of Property Management*
- *Commercial Investment Real Estate*

*- Crain's Chicago Business*
*- Tax Credit Advisor*

## TEACHING EXPERIENCE

NORTHWESTERN UNIVERSITY

**Kellogg Graduate School of Management**
- Business Marketing -- A graduate level course focusing on industrial and business-to-business marketing principles and cases.

**School of Continuing Studies**
- Principles of Marketing -- An introductory survey course that covers basic principles including market research.
- Strategic Marketing:  Cases in Decision-Making -- A more advanced, case-method course.
- Business-to-Business Marketing -- A course that explores the differences between consumer marketing and business marketing.
- Introduction to Public Relations -- An introductory course that focuses on the various facets of public relations and publicity.
- Integrated Marketing Communications -- A course that I created that focuses on the synergies of coordinating all the promotional blend elements.

ROOSEVELT UNIVERSITY

**Walter E. Heller College of Business Administration**
Nominated for ADJUNCT FACULTY PERSON OF THE YEAR AWARD in 2005/06.
- Marketing in Theory and Practice -- A graduate level course that covers basic principles of marketing and market research.
- Selling and Sales Management -- An undergraduate course focusing on consultative selling and the management of the sale force.
- Consumer Behavior -- An undergraduate course that explored the how's and why's of consumer purchasing.
- Introduction to Advertising -- An undergraduate course focusing on advertising, sales promotion and integrated marketing communications.
- International Marketing Analysis -- A graduate level course that probes how foreign companies market in the United States and how domestic companies market abroad.

UNIVERSITY OF ILLINOIS AT CHICAGO

**College of Business Administration**
- Advertising and Sales Promotion -- An undergraduate course that introduces students to the basic principles of advertising.
- New Product Management -- An undergraduate course focusing on the new product development and marketing process.

DE PAUL UNIVERSITY

**College of Commerce -- Graduate Level**
- Marketing Strategy -- A case-oriented course focusing on decision-making.
- Industrial Marketing -- A course utilizing cases and text that concentrates on industrial and business-to-business marketing.

**College of Commerce -- Undergraduate Level**
- Principles of Marketing -- A basic, survey course that introduces all the College of Commerce students to marketing.
- Marketing Management -- A second-tier course that uses cases to illustrate basic marketing principles.

- Introduction to Advertising -- A course for marketing majors that introduces students to basic advertising.
- Industrial Marketing -- A course for marketing majors focusing on industrial and business-to-business marketing.
- Personal Selling -- A course for marketing majors that concentrates on consultative selling.

LAKE FOREST GRADUATE SCHOOL OF MANAGEMENT
- Marketing Management -- An executive graduate-level course that uses cases and a major team project to introduce students to the principles of marketing and marketing management.

CONTINUING LEGAL EDUCATION SEMINAR
- Presented "Intellectual Property Litigation Surveys … Best Practices" before the Chicago and Milwaukee Bar Association as well as two Chicago law firms. The program has been approved for continuing legal education credit by both the Chicago and Milwaukee Bar Associations.

MINNESOTA STATE BAR ASSOCIATION
Continuing Legal Education
- Faculty member for "The Effective Use of Survey Experts and Evidence in Trademark Cases." Minneapolis State Bar Association, Minneapolis, MN, March 7, 2002.

MEMBER – INTERNATIONAL TRADEMARK ASSOCIATION

## LITIGATION EXPERIENCE

I have testified in court in the following cases: (side who retained me in **BOLD**)

**Euromarket Designs, Inc., dba Crate & Barrel Limited** v. Miriam Peters and Point Blank Multimedia, testified in U.S. District Court, Chicago, August 3, 2000.

**Heartland Corporation** v. Don Siphers et al., testified at U.S. District Court, Topeka, KS, on June 25, 2002.

St. Luke's Eye Center v. **James Sanderson et al**, testified at trial at U.S. District Court in Tampa, FL, on June 7, 2007

Scafiddi Motors v. **General Motors Corporation,** testified before State of Wisconsin Division of Hearings and Appeals, Madison, WI, on April 4, 2008.

University of Kansas et al v. **Larry Sinks et al**, testified at trial at U.S. District Count in Topeka, KS, on July 8, 2008.

Vande Hey Brantmeier, Chevrolet, Buick, Pontiac, Inc. v. **General Motors Corporation**, testified before State of Wisconsin Division of Hearings and Appeals, Jan. 23, 2009.

Just Enterprises, Inc. v. **(888) Justice, Inc.** on June 17, 2008.

Mini Melts, Inc. v. **Reckitt Benckiser, Inc.** (jury trial) on June 24, 2009.

Mini Melts, Inc. v. **Reckitt Benckiser, Inc.** (bench trial) on June 25, 2009.

**Fair Isaac Corporation et al** v. Experian, et al, on November 6, 2009.

I have been deposed in the following cases: (side who retained me in **BOLD**)

Allan J. DeMars, as Trustee for Weisser Eyecare, Inc., v. **NBD Highland Park,** October 12, 1996.

**Black & Decker (U.S.) Inc., Black & Decker Inc., and The Black & Decker Corporation** v. Pro-Tech Power Inc., P&F Brother Industrial Corporation and Nu-Way Machinery Corporation, February 5, 1998 And March 5, 1998.

**Atlas Electric Devices Co.** v. Q-Panel Lab Products Corporation, April 26, 2001.

**Motor Werks Partners, L.P.** v. BMW of North America, June 11, 2001.

Sparks & Crain v. **AT&T and Lucent Technologies,** February 18, 2002.

**Native American Arts** v. Earth Dweller, Ltd., and The Waldron Corporation, April 5, 2002.

**Master Tech Products, Inc.,** v. Prism Enterprises, Inc., September 11, 2002.

**Mansfield Plumbing Products L.L.C.** v. Mariner Partners, Inc., et al., March 4, 2003.

Horizon Health Services, Inc. v. **Allied National, Inc. et al,** October 25, 2004.

S&M Nutec, L L.C. v. **T.F.H. Publications, Inc.,** January 16, 2005.

Century 21 Real Estate v. **Century Surety Co.,** March 1, 2005.

Midwest Canvas Corp. v. **Nationwide Tarps, Inc.,** March 17, 2005.

Seed Lighting Design Co. LTD v. **Home Depot, Trend Lighting, Corp and Hampton Bay Fan & Lighting Company,** July 14, 2005.

**Dioptics Medical Products, Inc.** v. PR Trading Company D/B/A/ Polar Ray Sunglasses Corporation, August 13, 2005.

**True & Dorin Medical Group** v. Leavitt Medical Associates, et al, September 10, 2005

Edina Realty v. **TheMLSonline.com, Inc.,** Oct.. 7, 2005.

Kevin Trudeau et al v. **George Lanoue et al,** November 21, 2005

**Dioptics** v. PR Trading Company, Feb. 17, 2006.

Wenger Corporation v. **The Stadium Chair Company, LLC,** June 22, 2006

**Cobra Capital** v. LaSalle Bank Corporation et al, July 26, 2006

Illinois Tool Works v. **Chester Brothers Machined Products, Inc. d/b/a Pneu-Fast,** Aug. 15, 2006

**Note Family, Inc.** v. Vivendi Universal Games, Inc., October 4, 2006

St. Luke's Eye Center v. **James Sanderson et al,** March 15, 2007

University of Kansas et al v. **Larry Sinks et al,** May 29, 2007.

St. Luke's Eye Center v. **James Sanderson et al,** testified at trial at U.S. District Court in Tampa, FL, on June 7, 2007

Just Enterprises, Inc. v. **(888) Justice, Inc.** on January 11, 2008.

Schneider Saddlery Co., Inc. v. **Best Shot Products International LLC** on February 6, 2008.

Scafiddi Motors v. **General Motors Corporation** on March 3, 2008.

Larin Corporation v. **Alltrade, Inc.** on March 26, 2008

Mini Melts, Inc. v. **Adams Respiratory Operations, Inc. d/b/a Adams Respiratory Therapeutics** on March 13, 2008.

Dallas Cowboys Football Club and NFL Properties, LLC v. **America's Team Properties,** Inc. on April 30, 2008

Mini Melts, Inc. v. **Adams Respiratory Operations, Inc. d/b/a Adams Respiratory Therapeutics** on November 13, 2008.

**Fair Isaac Corporation et al** v. Equifax Inc. et al on December 17, 2008.

Vande Hey Brantmeier, Chevrolet, Buick, Pontiac, Inc. v. **General Motors Corporation,** on Jannuary 12, 2009.

**WMH Tool Group, Inc.** v Woodstock International, Inc., and Grizzly Industrial, Inc, on June 30, 2009.

Atlanta Allergy & Asthma Clinic, P.A. v. **Allergy & Asthma of Atlanta, LLC et al,** on July 6, 2009.

**North Shore Gastroenterology** v. North Ohio Gastroenterology on October 15, 2009.

**Metso Minerals Industries, Inc.** v. FLSmith-Excel Foudry & Machine, Inc. et al, on March 26, 2010.

## BILLING RATE (FOR EXPERT WITNESS SERVICES)

$400 per hour ($450 for time spent in testimony)

## SUPPLEMENT A

*A Compilation of Published Articles
Written by James T. Berger*

| DATE | PUBLICATION | ARTICLE TITLE |
|------|-------------|---------------|
| **1998** | | |
| Fall | Active Times | Wanted: Mature Workers Who Need Minimal Training, Many Positions Available |
| Sept-Oct | National Bus Employment Weekly | What's an M.B.A. worth? |
| Sept-Oct | National Bus  Employment Weekly | The Degree Dilemma |
| November | Chgo Sun Times Business Life | Buying Into Barter |
| December | Crain's Chicago Business | A Crucial Goal: Increasing Schools' Visibility |
| Jan-Dec | Writer's Digest | |
| | | |
| **1999** | | |
| January | Business Life | Business is Booming in Executive Temp Industry |
| 38744 | Real Estate Profiles | Gary Canepa / Patty Ancona / Patraick Fortin / Richard Blevins / Nancy Mroz |
| April | Business Life | Medical Industry Goes Under the Knife |
| 38823 | Wall Street Journal | Will Earning An MBA Pay off Later in Life? |
| Spring | Business Sense | Networking 101 |
| June | Business Life | Building Solid Financial Foundations |
| June | Your Business | Blueprint for Success |
| June | Small Business Adviser | Building Earnings by Barbara B. Buchholz |
| June | Chgo Sun Times Business Life | Tips Could Help You Sell Your Home by Yourself |
| July - Aug | American Fitness | X-Termination |
| July | Business Life | Building Solid Foundations |
| Summer | Your Business | Expanding Your Horizons |
| August | Business Life | Factoring Takes New Meaning in Today's Global Economy |
| September | Chgo Sun Times Business Life | Push to Revive Reverse Mortgage |
| September | Business Life | Opportunities Abound for Older Workers |
| September | Kiwanis | Working Into Retirement |
| September | Independent Business | 10 Easy Ways to Lose a Client |
| Fall | Recreation Management | Wet and Wild on the West Coast by J. Fisher Park & J. Morgan Park |
| September | Active Times | Reversal of Fortune for Reverse Mortgages |
| September | Chgo Sun Times Homelife | Mortgage Plan Helps Buyers with Bad Credit |
| September | Chgo Sun Times Homelife | Mortgage Lenders Won't Suffer Despite Market Changes |
| November | Business Life | Are Stockbrokers and Endangered Species? |
| November | Home Business | Turning Hobbies Into Profitable Home-Based Businesses |
| November | Chgo Sun Times Homelife | Prepayment Penalty Offers a Trade-Off for Homeowners |
| 17-Dec | Chgo Sun Times Homelife | No Doc Loans Help Self-Employed |
| 1999 | Commercial Lending Report | Entire Year |
| | | |
| **2000** | | |
| 7-Jan | Chgo Sun Times Homelife | Blacks Still Face 'Predatory Lending' Schemes: study |
| 12-Jan | Chgo Sun Times Homelife | Home Ownership Rising in Nation, While Equity is Falling |
| 14-Jan | Chgo Sun Times Homelife | New Laws Might Boost Reverse Mortgage's Appeal |
| 16-Jan | Chgo Sun Times Homelife | Banking On Your Home |
| 21-Jan | Chgo Sun Times Homelife | Not All Mortgages Require Buyer to Make a Down Payment |

| Date | Publication | Title |
|---|---|---|
| 22-Jan | Active Times | Do Banks Protect Your Privacy |
| 28-Jan | Chgo Sun Times Homelife | Legal Foundation Guards Against Mortgage Scams |
| January | Business Life | WWII Fighting For Bandwidth |
| January | Recreation Management | Welcome To The Great Outdoors |
| January | Commercial Lending Report | All Loans Are "Good" When You Make Them |
| Winter | Business Sense | Grievance Alert |
| 11-Feb | Chgo Sun Times Homelife | Your Portfolio Can Provide Mortgage Down Payment |
| 18-Feb | Chgo Sun Times Homelife | Worried Buyer Can Try An Interest-Rate Option |
| 25-Feb | Chgo Sun Times Homelife | Go For Brokers |
| Feb-29 | Chgo Sun Times Business | Leap Day has it's Benefits |
| February | Business Life | WWII Fighting For Bandwidth |
| 3-Mar | Chgo Sun Times Homelife | Rising Interest Rates Take Toll on Buyers Mortgages |
| 17-Mar | Chgo Sun Times Homelife | Home Saver Helps Avert Foreclosure |
| 24-Mar | Chgo Sun. Times Homelife | Closing On A Home Often Troublesome |
| 31-Mar | Chgo Sun Times Homelife | Web Portal Can Speed Loan Process |
| March | Recreation Management | If You Build It, They Will Swim |
| March | Business Life | Consumers Not Ready to Leave Mall Behind |
| May | Texas Realtor | What's Up With Mortgages? |
| 10 - Oct | Chgo Sun Times Homelife | Fed holds key to stable mortgage rates: experts |
| 29 - Oct | Chgo Sun Times Homelife | Landscaping is a cheap and easy fix |
| 29 - Oct | Chgo Sun Times Homelife | Home offices, pools not worth it |
| 3 - Nov | Chgo Sun Times Homelife | As closing nears, lender wants money for a "hold back" |
| 17 - Nov | Chgo Sun Times Homelife | Fannie Mae helps lending victims |
| 24 - Nov | Chgo Sun Times Homelife | 'Tis the season to be wary when seeking a mortgage |
| 1 - Dec | Chgo Sun Times Homelife | Chicago mortgage bank reaches out to immigrants, minorities |
| 3 - Dec | Chgo Sun Times Homelife | Land contract may fail without canceled checks |

**2001**

| Date | Publication | Title |
|---|---|---|
| January 12 | Chgo Sun Times Homelife | Showcase of Homes Offers Vision of Future |
| 19-Jan | Chgo Sun Times Homelife | Failure To Compute |
| January | Multifamily Executive | Generation Y Hits the Market |
| January | Multifamily Executive | Peace of Mind - Renter's Insurance Can Protect Property |
| 16-Feb | Chgo Sun Times Homelife | Tailor Made - New Type of Mortgage is Uniquely Designed for Individual Borrowers |
| February | Bizlife | Grass America Inc: What the Well-Dressed Kitchen is Wearing |
| March | Real Estate Chicago | Kenosha Casino Nixed |
| March | Utah Business | Whittling Down the Tax Man |
| 6-Apr | Chgo Sun Times Homelife | Homeowner insurance not enough to cover a home office or business; Protecting the Boss |
| Spring | Bizhealth | Family Service of the Piedmont |
| April | Rotarian | Boot Up Soldier! |
| May | Real Estate Chicago | A Soft Office Market |
| June | Real Estate Chicago | Lake County Land Squeeze |
| September | Area Development | Industrial Market |
| October | Real Estate Chicago | Update at the Glen |
| Nov-Dec | Commercial Real Estate | Virtual Money |
| Nov-Dec | Real Estate Chicago | Abbott Leases Big |

**2002**

| Date | Publication | Title |
|---|---|---|
| February | Area Development | Property Protection Comes of Age |
| March | Texas Realtor | On Loan |
| March | Area Development Magazine | On the Fast Track to Freer Trade? |

| March | Real Estate Chicago | City Park in Home Stretch |
|---|---|---|
| April | Real Estate Chicago | Recovery Ahead? |
| April | Crain's Chicago Business | Trusts a Must for the Moneyed; Variety of Plans Offer Tax Beaks, Other Incentives |
| May | Real Estate Chicago | The Mallinckrodt Property |
| June | Area Development | Welcoming Recovery |
| July | Area Development | Assessing the Post-War Economy |
| July | PS&P | Site Selection Shake Up |
| July-Aug | Journal of Property Management | Flower Power (Interior Landscape) |
| September | PS&P | Avoiding Economic Espionage |
| October | Bizlife | The Man Behind the High Point Transportation |

**2003**

| 2003/2004 | PS&P | |
|---|---|---|
| August | Wiglaf Journal | Getting Lost on the World Wide Web |
| August | Intellectual Property Today | 10 Frequently Asked Questions about Intellectual Property Litigation Surveys |

**2004**

| May | Plants Sites & Parks | Milwaukee on the Grow |
|---|---|---|
| June | Intellectual Property Today | Swimming in Shark-Infested Waters |
| July | Plants Sites & Parks | Electronics Industry on the Fast Track |
| September | Wiring Harness News | Using Customer Service as a Competitive Edge |
| November | Plants Sites & Parks | U.S. Economic Recovery Spurs Industrial Park Growth in Mexico |
| November | Intellectual Property Today | Getting the Most Value Out of Your Survey Expert |

**2005**

| January/February | Executive Decision | On The Job with "The Apprentice" Why Chicago is Bill Rancic's Kind of Town |
|---|---|---|
| March | The Wiglaf Journal | The Decline and Fall of the AT&T empire — Marketing Myopia Revisited |
| April | The Wiglaf Journal | 10 Easy Ways to Lose a Customer |
| May | Executive Decision | Secrets of the Best Rainmakers |
| June | The Wiglaf Journal | Converting Productivity to Profitability |
| July | Intellectual Property Today | Creativity Key to Executing Toughest IP Survey Projects |
| August | The Wiglaf Journal | What's in a Name? |

**2006**

| January | The Wiglaf Journal | Thoughts on Relationship Marketing |
|---|---|---|
| January/February | Executive Decision | A Matter of Survival: CEOs need to commit to Lifelong Learning |
| February | The Wiglaf Journal | Peeling the Customer Loyalty Onion |
| March | The Wiglaf Journal | Creating "Monopolies" from Customer Value Propositions |
| March/April | Executive Decision | The Rich Get Richer |
| April | Intellectual Property Today | What IP Attorneys Should Know Expect & Costs for Survey Research |
| May/June | Executive Decision | All The Right Moves Strategies and Tactics for Corporate Relocations |
| July/ August | Executive Decision | A New Life for ABLs. Strong Economy and Lots of Available Cash Fuel Asset-Based Lending Boom |
| September | The Wiglaf Journal | Integrated Marketing Environment Putting New Pressure on Sales Management, |
| September/October | Executive Decision | All Banks are not created Equal |
| December | Tax Credit Advisor | Sponsors "Brand" Housing Credit Properties |

**2007**

| | | |
|---|---|---|
| January | Intellectual Property Today | 10 Easy Ways to Blow Away A Survey |
| | WebsiteRevamp.org | Lost on The Web |
| January | WebsiteRevamp.org | Multifamily Realtors See Benefits of Branding in Driving Internet Sales |
| January | Tax Credit Advisor | Bridgeport Historic Rehabilitation Project Helping to Transform Downtown |
| January/February | MultiFamily Pro | Cover Story: AMLI'S Secret Formula – All the Ingredients for Sophistication |
| | MultiFamily Pro | Spotlights: Executive – No. 1 Cheerleader – Mutz Has Spirit and Vision |
| | MultiFamily Pro | Management – Taking Full Advantage.– Technology Provides a Competitive Edge |
| | MultiFamily Pro | Marketing – Brand Loyalty – AMLI Markets Through Its Brand |
| | MultiFamily Pro | Training – Pursuit of Excellence – Training Helps AMLI Reach Goals |
| | MultiFamily Pro | On Site – Know the Facts – AMLI Serves through Information |
| February | The Wiglaf Journal | The "iPhone" Brouhaha |
| March | Tax Credit Advisor | Different Actions, Tactics can Foster Quicker, Effective Lease-Up of New Tax-Credit Properties |
| March | The Wiglaf Journal | Don't Segment Markets — "Hire" the Product |
| March/April | Executive Decision | The Challenge Of Building A Global Workplace Community |
| March/April | MultiFamily Pro | Cover Story: Place Properties Is The Place – Welcome to the World of Student-Friendly College Housing |
| | MultiFamily Pro | Spotlights: Executive – Nightmare Interupus – Phillips Filled a Student Housing Need |
| | MultiFamily Pro | Management – An Engaged Audience – Ratchford Attracts Generation Y with Technology |
| | MultiFamily Pro | Marketing – Hitting the Target – Nix and Dunton Market to Distinct Groups |
| | MultiFamily Pro | Training – Gaining an Edge – Wolff Directs the Management Team |
| | MultiFamily Pro | On-Site – Two-Sided Approach – Place Focuses Both On and Off Campus |
| April | Tax Credit Advisor | Reducing Tenant "Churn" Essential for Successful Tax Credit Properties |
| May | Tax Credit Advisor | Industry Participants Suggest Ways to Trim Construction Operating Costs |
| May | The Wiglaf Journal | A New Way to Segment B-T-B Markets — Put Your Product to Work |
| May/June | Executive Decision | Adding Green To The Bottom Line |
| June | The Wiglaf Journal | The Difficulty of Developing Profitable and Unique Sales Promotions |
| June | Tax Credit Advisor | Market Studies Remain Key for Determining Feasibility of Proposed LIHTC Projects |
| July | The Wiglaf Journal | The Perils of Using the Internet for Surveys |
| July/August | Executive Decision | Is the Private Life for You? More Private Companies Are Opting To Go Private |
| August | The Wiglaf Journal | How to Make Your E-Mail Marketing More Effective |
| August | Tax Credit Advisor | Affordable Rental Housing Development is Becoming Increasingly "Green" |
| August | Intellectual Property Today | The Power and Perils of Internet Surveys |
| August | Tax Credit Advisor | Oregon Family Development Incorporates Variety of 'Green' Features |
| September | The Wiglaf Journal | HR Help for the Entrepreneur |
| October | The Wiglaf Journal | Ease Up on Sales Button for New Ventures |

| | | |
|---|---|---|
| October | Tax Credit Advisor | Robust Population, Job Growth Favor Development Phoenix Area, But Condo Overhand, New Production Are Issues |
| November | Tax Credit Advisor | Baltimore Area Marked by High Demand for Additional Affordable Housing |
| December | Tax Credit Advisor | Pittsburgh Market Has Strong Demand for Affordable Housing Despite Sluggish Economy |
| December | The Wiglaf Journal | To Brand …or NOT to Brand New Products |

**2008**

| | | |
|---|---|---|
| January | Tax Credit Advisor | Milwaukee's Economy on the Grow; Strong Demand for Affordable Housing |
| January | The Wiglaf Journal | Marketing Lessons from Hollywood |
| January | The Wiglaf Journal | "Top 100 Brands" Quiz |
| February | Tax Credit Advisor | Vibrant Seattle Economy Spurs Demand for Affordable Housing |
| March/April | Executive Decision | In Whom do we Trust? The Movement for Greater Accountability and Disclosure |
| March | The Wiglaf Journal | Looking Positively at the "R" Word |
| March | The Wiglaf Journal | Adding Bite to your E-Mails |
| April | Tax Credit Advisor | Cleveland's Perfect Storm of Rising Foreclosures |
| April | Intellectual Property Today | How to do an IP Survey without Giving Away the Store |
| April | The Wiglaf Journal | B-2-B Trademarks and Brands – A Slippery Slope |
| April | The Wiglaf Journal | Want to Know Who Sarah Marshall is? |
| May | Tax Credit Advisor | Atlanta Economy Slowing But Still Growing; Tax Credit Housing Challenged |
| June | The Wiglaf Journal | A New Business Primer for Growing Organizations |
| July | Tax Credit Advisor | Milwaukee's Economy on the Grow; Strong Demand for Affordable Housing |
| August | Tax Credit Advisor | New Desire Housing Project Rises from Devastation of Katrina |
| September | The Wiglaf Journal | What's a Brand Worth Anyhow? |
| September | Tax Credit Advisor | Chicago Has Vibrant Affordable Housing Market |
| November | The Wiglaf Journal | Starbucks Discovers Marketing Myopia |
| December | Tax Credit Advisor | Portland Economy, Multifamily Housing Easing into "Soft Landing" |
| December | The Wiglaf Journal | Musing from a Marketer on the Economic Crisis |

**2009**

| | | |
|---|---|---|
| January | The Wiglaf Journal | Empathy — The Missing Element in Relationship Management |
| February | Tax Credit Advisor | MarketSketch: Houston Area Still Attractive Market for LIHTC Development |
| March | The Wiglaf Journal | The "Dark Side" of Entrepreneurship |
| April | The Wiglaf Journal | Recession Takes Toll on Brand Values |
| April | The Wiglaf Journal | Opportunities Starting to Sprout as Entrepreneurs Pick Up Pieces from Shattered Economy |
| May | The Wiglaf Journal | Two Harvard Experts Provide Perspective on Building Entrepreneurial Businesses In Troubled Times |
| July | Tax Credit Advisor | Everything You Wanted to Know About Multi-Family Energy Audits |
| July | The Wiglaf Journal | New Paradigms Abound |
| June/July | Area Development | Military Bases as Economic Development Magnets |
| August | The Wiglaf Journal | Trying to Put the Toothpaste Back into the Tube |
| September | The Wiglaf Journal | Global Marketers Unclear About Obama's Direction |
| October | The Wiglaf Journal | Marketers Find Gold on Old Brand Junk Heap |

## EXHIBIT B

PDF versions of Survey B1 and Survey B2

**Default Question Block**

Before we start the interview, please answer the next few questions to see if you qualify.

**Block 1**

Are you 18 years old or older?

○ Yes
○ No

**Block 2**

Have you purchased a differential pressure gauge product within the last three years?

○ Yes
○ No

**Block 3**

Do you anticipate purchasing a differential pressure gauge product in the next 12 months?

○ Yes
○ No

**Block 4**

Do you — or anyone in your household — work for...

|  | Yes | No |
| --- | --- | --- |
| A marketing research firm | ○ | ○ |
| An advertising agency | ○ | ○ |
| Any industrial distributor, wholesaler or retailer that sells differential pressure gauge products | ○ | ○ |

**Block 5**

A.   Do you usually wear eyeglasses or contact lenses for normal computer viewing?

○

**EXHIBIT**

**B1**

6/28/10 2:26 PM

Yes

○ No

**Block 6**

Are you wearing them now?

○ Yes

○ No

**Block 7**

Can you get them?

○ Yes

○ No

**Block 8**

Which, if any, of these products do you believe are put out by the same company? Please mark the letters below. **If you don't know, feel free to mark "don't know".**

E

D



□

□

C

A

□

□



B

◯ Don't Know

**Block 9**

Why?

_____

**Block 10**

Which, if any, of these products do you believe are produced by companies that are associated with one another? Please mark the letters below. **If you don't know, feel free to mark "don't know"**.

Qualtrics Survey Software

http://new.qualtrics.com/ControlPanel/PopUp.php?PopType=Su...



Block 12

Why?

Block 13

Which, if any, of these products do you believe are produced by companies that are affiliated with one another? Please mark the letters below. **If you don't know, feel free to mark "don't know".**



Qualtrics Survey Software                    http://new.qualtrics.com/ControlPanel/PopUp.php?PopType=Su...



**Block 14**

Why?

**Block 15**

Which, if any, of these products do you believe are produced by companies that are sponsored by one another? Please mark the letters below. **If you don't know, feel free to mark "don't know".**

B

C



E

A

D

○ Don't Know

**Block 18**

Why? _____

_____

**Block 17**

Which, if any, of these products do you believe are produced by companies that are owned by one

Qualtrics Survey Software

http://new.qualtrics.com/ControlPanel/PopUp.php?PopType=Su...

another? Please mark the letters below. **If you don't know, feel free to mark "don't know".**



☐ Don't Know

Block 16

6/28/10 2:26 PM

Qualtrics Survey Software                    http://new.qualtrics.com/ControlPanel/PopUp.php?PopType=Su...

Why?

**Block 16**

We might contact you to verify you completed this survey.  For validation purposes only, please record your name and phone number. (Optional)

Name

Phone

**Default Question Block**

Before we start the interview, please answer the next few questions to see if you qualify.

**Block 1**

Are you 18 years old or older?

○ Yes
○ No

**Block 2**

Have you purchased a differential pressure gauge product within the last three years?

○ Yes
○ No

**Block 3**

Do you anticipate purchasing a differential pressure gauge product in the next 12 months?

○ Yes
○ No

**Block 4**

**Do you — or anyone in your household — work for...**

|  | Yes | No |
| --- | --- | --- |
| A marketing research firm | ○ | ○ |
| An advertising agency | ○ | ○ |
| Any industrial distributor, wholesaler or retailer that sells differential pressure gauge products | ○ | ○ |

**Block 5**

**A.    Do you usually wear eyeglasses or contact lenses for normal computer viewing?**

○

EXHIBIT
B2

6/28/10 2:31 PM

Qualtrics Survey Software                              http://new.qualtrics.com/ControlPanel/PopUp.php?PopType=Su...

Yes

○ No

**Block 6**

Are you wearing them now?

○ Yes

○ No

**Block 7**

Can you get them?

○ Yes

○ No

**Block 8**

Which, if any, of these products do you believe are put out by the same company? Please mark the letters below. If you don't know, feel free to mark "don't know".

B                                          E

○                                          ○

D                                          C

○                                          ○



A

☐                                              ☐ Don't Know

**Block 9**

Why?

_____

_____

**Block 10**

Which, if any, of these products do you believe are produced by companies that are associated with one another? Please mark the letters below. If you don't know, feel free to mark "don't know".

Qualtrics Survey Software

http://new.qualtrics.com/ControlPanel/PopUp.php?PopType=Su...



A

C

B

E

D

Don't Know

Block 12

Why?

Block 13

Which, if any, of these products do you believe are produced by companies that are affiliated with one another? Please mark the letters below. If you don't know, feel free to mark "don't know".





**Block 14**

Why?

**Block 15**

Which, if any, of these products do you believe are produced by companies that are sponsored by one another? Please mark the letters below. If you don't know, feel free to mark "don't know".

B



C





D

E

A

○ Don't Know

**Block 18**

Why? _____

_____

**Block 17**

Which, if any, of these products do you believe are produced by companies that are owned by one

another? Please mark the letters below. If you don't know, feel free to mark "don't know".



E

A

B

C

D

☐ Don't Know

Block 16

Why?

**Block 16**

We might contact you to verify you completed this survey.  For validation purposes only, please record your name and phone number. (Optional)

Name _____

Phone _____

## **EXHIBIT C**

Tabulations of Survey B1 and Survey B2



Amended Report of James T. Berger
July 23, 2010
Exhibit C
Pressure Gauge B1FINAL.xls
Pressure Gauge B2FINAL.xls

EXHIBIT
C

PAPERBOARD IS MADE FROM
100% RECYCLED MATERIAL
REORDER E7266

## EXHIBIT D

July 17, 2010
Mr. James Berger
1604 Chicago Avenue
Evanston, IL 60201

Dear Jim,

This is to affirm that Suburban Marketing Research has completed the validation of your recent research study on Differential Pressure Gauges.

We received a file of 128 participants in the on-line study, who included their name and phone number. All respondents received at least one day time attempt and one evening attempt.

Among those we reached, we asked everyone if they had recently participated in an on line study about Differential Pressure Gauges, if they were at least 18 years of age, and if they had purchased, or expected to purchase a Differential Pressure Gauge.  Finally, we asked if they viewed pictures of Pressure Gauges on line, as part of the study.

The disposition of the people we reached is as follows:

| | |
|---|---|
| 51 | validated correctly |
| 11 | completed the interview but had not purchased a pressure gauge and did not expect to |
| 4 | were the person listed, but said they did not do the survey |
| 8 | Disconnected phone numbers |
| 1 | FAX number |
| 6 | No Such Person at phone number given |

The balance of the numbers ended up at answering machines or voice mail boxes.

The eleven people who were not past buyers or future intenders should be removed from the data.

Among the people who completed the survey everyone did it correctly and saw various pictures of pressure gauges. We are satisfied that the survey was administered correctly.

Sincerely,

William C. Bartlett, PRC
President